# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PAMELA C. PETERSEN

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

                Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cv-01147-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court awards $29,769.00 to Counsel Marc Kalagian, which shall be made payable to Law Offices of Lawrence D. Rohlfing. The Court awards $4,012.94 in attorney fees and costs under the EAJA. The fees shall be made payable to Petersen rather than Petersen's counsel.

10/22/2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk